In the Matter of JUAN MANUEL ORTIZ ALVEAR, Appellant, v WILLIAM PHILLIPS, Respondent.

Submitted August 9, 2004; decided October 14, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ANNETTE B. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH B., Appellant.

Submitted September 20, 2004; decided October 14, 2004

Motion for appointment of Susan M. Damplo, Esq., 23 Old Sprain Road, Ardsley, New York 10502-2017, as law guardian for Annette B. on the appeal herein granted.